IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HALDEMAN ARMSTRONG, JR.; W.M. and F.I.,<br><br>Defendants. | CV 23-52-H-KLD<br><br>ORDER |

The parties have filed a joint Stipulation of Dismissal without Prejudice. (Doc. 60). The parties request that this Court dismiss the above-captioned matter without prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice, with each party to bear its owns costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 4th day of November, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1